Hartley *v.* United Mine Workers of America,
Appellant.

Argued March 15, 1955. Before Stern, C. J.,
Stearne, Jones, Bell, Chidsey, Musmanno and Ar-
nold, JJ.

*Anthony Cavalcante,* with him *Ewing B. Pollock*
and *Pollock & Pollock,* for appellant.

*John I. Hook, Jr.,* with him *Scott & Hook,* for ap-
pellees.

Opinion Per Curiam, April 18, 1955:

The judgment is affirmed on the opinion of President Judge Hook.

Crouse *v.* Smith, Appellant.

Argued March 14, 1955. Before Stern, C. J., Stearne, Jones, Bell, Chidsey, Musmanno and Arnold, JJ.

*Frank B. Quinn,* with him *Bernard F. Quinn* and *Quinn, Leemhuis, Plate & Dwyer,* for appellant.

*John M. Wolford,* with him *John A. Blackmore,* for appellees.